■ MIKEALICE MANAGEMENT CORPORATION, Respondent, v BOTCO DEVELOPMENTS, INC., et al., Appellants, and ORANGE STATE INVESTMENTS, INC., et al., Respondents. (Appeal No. 1.) [738 NYS2d 624] —Appeal from an order of Supreme Court, Niagara County (Lane, J.), entered November 20, 2000, which, inter alia, granted plaintiff's motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: We affirm the order in each appeal for reasons stated in the respective decisions at Supreme Court (Lane, J.). We add only that, although the court erred in finding that the Settlement Agreement between defendants Botco Developments, Inc. and Frank Evangelista had not been submitted to the court, that error does not affect the ultimate conclusions reached by the court. Present—Pine, J.P., Scudder, Kehoe, Burns and Gorski, JJ.

■ MIKEALICE MANAGEMENT CORPORATION, Respondent, v BOTCO DEVELOPMENTS, INC., et al., Appellants, et al., Defendants. (Appeal No. 2.) [737 NYS2d 326] —Appeal from an order of Supreme Court, Niagara County (Lane, J.), entered April 4, 2001, which granted plaintiff's motion to remove defendant Vincent Chanyi as trustee and holder of a trust mortgage made by defendant Botko Developments, Inc.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Mikealice Mgt. Corp. v Botco Devs.* (291 AD2d 873 [decided herewith]). Present—Pine, J.P., Scudder, Kehoe, Burns and Gorski, JJ.